IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLADYS NAVARRO POMARES, et al.,

    Plaintiffs

vs.

PFIZER CORP., et al.,

    Defendants

CIVIL NO. 98-2110 (JP)

## JUDGMENT

Pursuant to the Opinion and Order of this date, the Court hereby enters **JUDGMENT, DISMISSING WITH PREJUDICE** Plaintiffs' FMLA claims against Defendant Pfizer Corporation. Plaintiffs' Puerto Rico law claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 10th day of May, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)