UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GLADYS NAVARRO POMARES, ANTONIO HERNANDEZ RIVERA, and the LEGAL CONJUGAL PARTNERSHIP | CIVIL NO. 98-2110 (JP) |
| | TRIAL BY JURY DEMANDED |
| Plaintiffs | NOTICE OF APPEAL |
| v. | |
| PFIZER CORPORATION; JOHN DOE AND JANE ROE; X INSURANCE COMPANY | |
| Defendants | |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

COME NOW Plaintiffs Gladys Navarro Pomares, Antonio Hernández Rivera and the Legal Conjugal Partnership, through the undersigned counsel and very respectfully State and Prays as follows:

1. On May 11, 2000, this Honorable Court issued an opinion and order granting Defendant's motion for summary judgment, dismissing with prejudice plaintiff's claim pursuant to the provisions of the Family and Medical Leave Act of 1993 (FMLA), 29 U.S.C. §§ 2601 - 2654, filed against Pfizer Corporation.

2. Notice is hereby given that Plaintiffs, Gladys Navarro Pomares, Antonio Hernández Rivera and the Legal Conjugal Partnership in the case at hand hereby appeal to the United States Court of Appeals for the First Circuit from the opinion and order issued by this Honorable Court on May 11, 2000, dismissing Plaintiff's claim pursuant to the provisions of FMLA.

3. Thus, in accordance with the provisions of Rule 3(c) of the Federal Rules of Appellate Procedure and First Circuit Local Rules, concerning the contents of the Notice of Appeal, it is very respectfully requested from this Honorable Court to be informed of Plintiff's intent of appeal from the summary judgment entered dismissing Plaintiff's FMLA claim.

4. It is also informed that this Notice of Appeal is accompanied by the payment of all required fees to the Clerk of the Court, pursuant to Rule 3(e) of the Federal Rules of Appellate Procedure and First Circuit Local Rules.

WHEREFORE, Plaintiffs pray this Honorable Court to be informed of the intent of appeal from the summary judgment entered dismissing Plaintiff's FMLA claim, as well as the payment of the required fees to the Clerk of the Court.

**RESPECTFULLY SUBMITTED.**

In Guaynabo for San Juan, Puerto Rico, today June 5, 2000.

CERTIFICATE OF SERVICE: I hereby certify that on this date a copy of the foregoing Notice of Appeal was mailed to Fiddler, González & Rodríguez, through attorney Rosa M. Meléndez Santoni, at P.O. Box 363507, San Juan, Puerto Rico 00936-3507.

MANUEL PORRO-VIZCARRA LAW OFFICES
Buchanan Offices Center
40 Carr. 165, Suite 101
Guaynabo, PR 00968-8001
Tel. (787) 774-8200 / Fax (787) 774-8297

MANUEL PORRO-VIZCARRA
USDC 207006

2