UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLADYS NAVARRO POMARES, et al.,

   Plaintiffs

vs.                                                 CIVIL NO. 98-2110 (JP)

PFIZER CORPORATION, et al.,

   Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** January 29, 2002<br>**Docket #:** 26<br><br>[X] **Plffs**   [] **Defts**<br><br>**Title:** Motion Requesting Status Conference | **GRANTED.** A Status Conference is hereby set for **November 22, 2002 at 2:00.** Parties **MAY** file pertinent memorandums concerning the status of the litigation on or before **November 15, 2002.** |

Date: 10/8/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:       # 27