IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLADYS NAVARRO POMARES, et al.,

    Plaintiffs

vs.                                   CIVIL NO. 98-2110 (JP)

PFIZER CORPORATION, et al.,

    Defendants

### STATUS CONFERENCE ORDER

The parties met with the Court on November 22, 2002, for a Status Conference, represented by counsel: Manuel Porro-Vizcarra, Esq., for the Plaintiffs and Pedro J. Manzano-Yates, Esq., for the Defendants. The Parties informed the Court that serious settlement negotiations were under way. At the Conference, the following orders and dates were established:

1. Plaintiffs **MAY** move for this Court to utilize its pendant jurisdiction for Plaintiffs' claims arising under Puerto Rico law, on or before **December 2, 2002.**

2. The Parties **MAY** establish a discovery schedule between themselves.

3. The Court hereby **SETS** a Pretrial Conference for **May 12, 2003, at 4:00 p.m.**

4. The Court hereby **SETS** Trial for **May 19, 2003, at 9:30 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of November, 2002.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE