IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GLADYS NAVARRO POMARES, et al., | |
| Plaintiffs | |
| vs. | CIVIL NO. 98-2110 (JP) |
| PFIZER CORP., et al., | |
| Defendants | |

### FINAL JUDGMENT

Pursuant to the parties' "Notice of Voluntary Dismissal" (**docket No. 29**), which is hereby **GRANTED** and made to form part of this Judgment, and Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby **ENTERS JUDGMENT, DISMISSING** the above-captioned Complaint against Defendant **WITH PREJUDICE**, without the imposition of costs, interests or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 5th day of May, 2003.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE